UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

PANCHES BANDO,
Debtor.

# Case No. 26-22418-DSJ

## Chapter 13

STATEMENT OF FRIMET GROSSMAN, PRO SE DOMESTIC SUPPORT CREDITOR, REGARDING SEPTEMBER 16, 2026 HEARING AND 5 MARGO COURT

Honorable David S. Jones:

I, Frimet Grossman, the Debtor’s former spouse and a pro se domestic support creditor in this case, respectfully submit this statement in advance of the September 16, 2026 hearing.

I am unable to personally attend the September 16 bankruptcy hearing because I am required to appear that same day in Rockland County Family Court concerning the Debtor’s unpaid child-support obligations.

At the August 12, 2026 hearing, this Court specifically addressed this conflict. The Court stated that I could attend the Family Court proceeding and that the bankruptcy matter could proceed without my personal appearance on September 16.

I am submitting this statement because matters concerning the Debtor’s property and secured creditors remain before the Court, and I want to make sure that my rights and interests concerning 5 Margo Court are preserved in my absence.

At the August 12 hearing, I specifically advised the Court that I was interested in purchasing 5 Margo Court. The Court stated on the record that, “if and when there’s a sale process,” the Court “would expect [me] to have the opportunity.” The Court further explained that ordinarily there would be an open sale process in which anyone interested in purchasing the property would have a chance to do so.

The Court also directed Debtor's counsel to communicate with me concerning the property. The Court stated that I had expressed interest in buying the house and instructed Debtor's counsel to talk to me about what he expected to happen with the property.

I respectfully bring these statements to the Court's attention because I understand that issues involving the property and secured creditors continue to be addressed in this bankruptcy case.

If any sale, short sale, loss-mitigation arrangement, foreclosure-related resolution, or other disposition of 5 Margo Court is considered, I respectfully request that the opportunity discussed by the Court at the August 12 hearing be preserved.

Specifically, I respectfully request:

1. That I receive notice before any sale or short sale of 5 Margo Court is approved or authorized;
2. That if the Debtor, a representative of the Debtor, or another potential purchaser is given an opportunity to pursue a sale or short sale of the property, I be afforded a fair opportunity to participate in the sale process and present a bona fide offer or proposed transaction, subject to the same applicable requirements;
3. That no disposition of 5 Margo Court be approved in a manner that prevents me from having the opportunity contemplated by the Court at the August 12 hearing; and
4. That my rights as a domestic support creditor be preserved with respect to any proceedings or disposition that may affect my claim.

I am not asking the Court to favor me over another purchaser or to require the property to be sold to me. I am asking for a fair opportunity to participate if and when a sale process occurs, consistent with the Court's statements at the August 12 hearing.

My interest in this issue is particularly significant because the Debtor owes substantial unpaid child support. The property may be an important potential source of value relevant to the recovery of those obligations. I therefore respectfully ask that my interests not be prejudiced by any action concerning the property while I am attending the Family Court proceeding on September 16.

At the August 12 hearing, the Court also granted my request for notice and permission to file a late proof of claim after finding that I had not received proper notice of the bankruptcy case. The Court stated that it wanted to ensure that my domestic-support interests were not prejudiced or interfered with by the bankruptcy case.

I have since filed my proof of claim.

I respectfully request that the Court consider this written statement at the September 16 hearing and preserve my right to notice and a fair opportunity to participate in any future sale process concerning 5 Margo Court.

I also respectfully request continued notice of any motion, proposed order, agreement, sale, short sale, loss-mitigation proceeding, or other request affecting 5 Margo Court or my domestic-support claim.

Thank you for the Court's consideration.

Respectfully submitted,

Frimet Grossman
Pro Se Domestic Support Creditor

Case No. 26-22418-DSJ

Dated: September 14, 2026